**Order filed April 22, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00265-CV
_____

## IN THE INTEREST OF A.A.L.A, F.K.A, and C.M.A., Children

---

### On Appeal from the 308th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-25411

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due **April 20, 2015.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **15 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM